AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

United States of America

v.

Theodore Shulman

**APPEARANCE**

Case Number: 11-Mag-485

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Theodore Shulman

I certify that I am admitted to practice in this court.

| 3/1/2011 | *(signature)* |
|---|---|
| Date | Signature |

William J. Stampur
Print Name                                                          Bar Number

Hurwitz Stampur & Roth, 299 Broadway, Suite 800
Address

| New York | NY | 10007 |
|---|---|---|
| City | State | Zip Code |

(212) 619-4240                                    (212) 619-6743
Phone Number                                          Fax Number