# HURWITZ STAMPUR & ROTH
## ATTORNEYS AT LAW

MICHAEL HURWITZ
WILLIAM J STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 618-4240
FAX (212) 618-8743

May 25, 2011

**BY FAX 212-805-6304**
The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 26 MAY 2011

Re: United States v. Shulman
11-CR -264 (PAC)

Dear Judge Crotty,

I write to respectfully request an adjournment of Mr. Shulman's status conference scheduled on May 25, 2011 at 4:30 p.m. until June 16, 2011 at 4:15 p.m..
The defendant consents to the exclusion of speedy trial time until the adjourned date. A.U.S.A. Kan M. Nawaday has no objection to this request.

Sincerely,

William J. Stampur

cc. A.U.S.A. Kan M. Nawaday (By Email)

**MEMO ENDORSED**

Application GRANTED. The conference is adjourned to 06/16/11 at 4:15 pm in Courtroom 20C. It is further that pursuant to 18 U.S.C. 3161 (b) (8) (A), the time from 05/25/11 until 06/16/11 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public is a speedy trial. So Ordered.

SO ORDERED: 26 MAY 2011

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE