# HURWITZ STAMPUR & ROTH
### ATTORNEYS AT LAW

MICHAEL HURWITZ
WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, NY 10007

(212) 619-4240
FAX (212) 619-6743

June 15, 2011

**BY FAX 212-805-6304**
The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 15 JUN 2011
```

Re: United States v. Shulman
11-CR-264 (PAC)

Dear Judge Crotty,

I write to respectfully request an adjournment of Mr. Shulman's status conference scheduled on June 16, 2011 at 4:15 p.m. until July 8, 2011 at 12:30 p.m.

The defendant consents to the exclusion of speedy trial time until the adjourned date. A.U.S.A. Kan M. Nawaday has no objection to this request.

Sincerely,

William J. Stampur

cc. A.U.S.A. Kan M. Nawaday (By Email)

MEMO ENDORSED

Application GRANTED. The conference is adjourned to 07/08/11 at 12:30pm in Courtroom 20C. It is further that pursuant to 18 U.S.C. 3161 (b) (8) (A), the time from 06/15/11 until 07/08/11 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public is a speedy trial. So Ordered.

SO ORDERED: 15 JUN 2011

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE