# HURWITZ STAMPUR & ROTH
## ATTORNEYS AT LAW

MICHAEL HURWITZ
WILLIAM J. STAMPUR
JAMES ROTH

289 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619 6743

October 13, 2011

**BY FAX 212-805-6304**
The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____              │
│ DATE FILED: 13. OCT 2011    │
└─────────────────────────────┘
```

Re: United States v. Shulman
11-CR -264 (PAC)

Dear Judge Crotty,

I write to respectfully request an adjournment of Mr. Shulman's status conference now scheduled on October 13, 2011 to November 16, 2011 at 3:45 p.m. The reason for this request is due to ongoing discussions with the Government re: Mr. Shulman's case.

The defendant consents to the exclusion of speedy trial time until the adjourned date. A.U.S.A. Kan M. Nawaday has no objection to this request.

Sincerely,

William J. Stampur

cc. A.U.S.A. Kan M. Nawaday (By Email)

Application GRANTED. The conference is adjourned to
_11_/_16_/_11_ at _3_:_45_ in Courtroom _20C_. It is
further that pursuant to 18 U.S.C. 3161 (h)(7)(A), the time from
_10_/_13_/_11_ until _11_/_16_/_11_ is excluded in the interest of
justice. I find that this exclusion outweighs the best interest of the
defendant and the public is a speedy trial.

SO ORDERED:   13 OCT 2011

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE