# HURWITZ STAMPUR & ROTH
ATTORNEYS AT LAW

MICHAEL HURWITZ
WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, NY 10007

(212) 619-4240
FAX (212) 618 8743

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 15 NOV 2011
```

November 15, 2011

**BY FAX 212-805-6304**
The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Shulman
11-CR -264 (PAC)

Dear Judge Crotty,

I write to respectfully request an adjournment of Mr. Shulman's status conference now scheduled on November 16, 2011 to December 19, 2011 at 2:15 p.m. The reason for this request is due to ongoing discussions with the Government re: Mr. Shulman's case.

The defendant consents to the exclusion of speedy trial time until the adjourned date. A.U.S.A. Kan M. Nawaday has no objection to this request.

Sincerely,

William J. Stampur

cc. A.U.S.A. Kan M. Nawaday (By Email)

**MEMO ENDORSED**

SO ORDERED: 15 NOV 2011

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE