UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
:
UNITED STATES OF AMERICA,            :        11 Cr. 00264 (PAC)
:        Electronically Filed
– against –                           :
:        NOTICE OF APPEARANCE
THEODORE SHULMAN,                    :        AND REQUEST FOR
:        ELECTRONIC NOTIFICATION
Defendant.          :
:
-------------------------------------------------------x

     Please take notice that Joshua L. Dratel, Esq., hereby appears in this action on behalf of THEODORE SHULMAN and respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

     I am an attorney in good standing in the State of New York, as well as the United States District Courts for the Southern District of New York.

Dated: New York, New York
       December 7, 2011

                                        Respectfully submitted,

                                        /s/Joshua L. Dratel
                                        Joshua L. Dratel
                                        DRATEL & MYSLIWIEC, P.C.
                                        2 Wall Street, 3rd Floor
                                        New York, New York 10005
                                        (212) 732-0707
                                        jdratel@dratelmys.com

                                        *Attorney for Defendant Theodore Shulman*

  – Of Counsel –

Joshua L. Dratel