# HURWITZ STAMPUR & ROTH
### ATTORNEYS AT LAW

MICHAEL HURWITZ
WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 819-4240
FAX (212) 819-6743

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 16 DEC 2011

December 14, 2011

**BY FAX 212-805-6304**
The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Shulman
11-CR-264 (PAC)

Dear Judge Crotty,

I write to respectfully request an adjournment of Mr. Shulman's status conference now scheduled on December 19, 2011 to January 11, 2012 at 3:00 p.m. The reason for this request is due to ongoing discussions with the Government re: Mr. Shulman's case.

The defendant consents to the exclusion of speedy trial time until the adjourned date. A.U.S.A. Kan M. Nawaday has no objection to this request.

Sincerely,

William J. Stampur

cc. A.U.S.A. Kan M. Nawaday (By Email)

**MEMO ENDORSED**

SO ORDERED: 16 DEC 2011

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE