USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-13-12

# HURWITZ STAMPUR & ROTH
ATTORNEYS AT LAW

MICHAEL HURWITZ
WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, STE 800
NEW YORK, N Y 10007

TEL 212-619-4240
FAX: 212-819-6743

January 13, 2012

**BY FAX 212-805-6304**
The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: United States v. Shulman
         11-CR-264 (PAC)

Dear Judge Crotty,

  I write to respectfully request an adjournment of Mr. Shulman's status conference now scheduled on January 11, 2012 until February 16, 2012 at 4:15 p.m. The reason for this request is due to ongoing discussions with the Government re: Mr. Shulman's case.

  The defendant consents to the exclusion of speedy trial time until the adjourned date. A.U.S.A. Kan M. Nawaday has no objection to this request.

Sincerely,

William J. Stampur

cc. A.U.S.A. Kan M. Nawaday (By Email)

MEMO ENDORSED

**SO ORDERED:** 1-13-12

Paul Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE