USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-7-12

# HURWITZ STAMPUR & ROTH
ATTORNEYS AT LAW

MICHAEL HURWITZ
WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, STE 800
NEW YORK, N Y 10007

TEL 212-619-4240
FAX: 212-619-6743

March 6, 2012

**BY FAX 212-805-6304**
The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

4/30
The matter will be adjourned to April 19, 2012; and there will be no further adjournment in this matter. Time Excluded.

**SO ORDERED:** 3-7-12

_/s/ Paul Crotty_
**HON. PAUL A. CROTTY**
**UNITED STATES DISTRICT JUDGE**

Re: United States v. Shulman
11-CR -264 (PAC)

Dear Judge Crotty,

I write to respectfully request an adjournment of Mr. Shulman's status conference now scheduled on March 8, 2012 to April 4, 10, or 12, 2012.

The defendant consents to the exclusion of speedy trial time until the adjourned date. A U.S.A Kan M. Nawaday has no objection to this request.

Sincerely,

William J. Stampur

cc: A.U.S.A. Kan M. Nawaday (By Email)
Josh Dratel

**MEMO ENDORSED**