

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-10-12

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 10, 2012

By Facsimile

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED: 4-10-12

*(signature)*

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

      Re:   United States v. Theodore Shulman
             11 Cr. 264 (PAC)

Dear Judge Crotty,

      The Government writes on behalf of the parties to respectfully request that the Court adjourn the conference scheduled for April 10, 2012, until April 24, 2012, at 3:00 p.m. The parties have reached an agreement in principle for a pretrial disposition of this case, and the short adjournment will permit the parties to discuss the details of the disposition and to prepare the necessary paperwork. I have spoke with Your Honor's deputy who has informed me that the Court is available on April 24, 2012 at 3:00 p.m.

      In addition, the Government also requests that time be excluded under the Speedy Trial Act from today's date to the date of the next conference. The exclusion of time is in the interest of justice as it will permit the parties to complete the plea discussions. The defense consents to this request.

                 Respectfully submitted,

                 PREET BHARARA
                 United States Attorney
                 Southern District of New York

   By:   _____
                 Kan M. Nawaday
                 Assistant United States Attorney
                 Tel.: (212) 637-2311

cc:   William J. Stampur, Esq. (By electronic mail)
       Attorney for the defendant

MEMO ENDORSED