# HURWITZ STAMPUR & ROTH
### ATTORNEYS AT LAW

MICHAEL HURWITZ
WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, NY 10007

(212) 619-4240
FAX (212) 619-8743

April 23, 2012

**BY FAX 212-805-6304**
The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-24-12

Re:  United States v. Shulman
     11-CR -264 (PAC)

Dear Judge Crotty,

I write to respectfully request an adjournment of Mr. Shulman's status conference now scheduled on April 24, 2012 to May 10, 2012 at 4:45 pm.
The defendant consents to the exclusion of speedy trial time until the adjourned date. Assistant United States Attorney Kan M. Nawaday has no objection to this request

Sincerely,

William J. Stampur

cc. A.U.S.A. Kan M. Nawaday (By Email)
    Josh Dratel

SO ORDERED: 4-24-12

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE